IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01612-WDM-PAC

UMG RECORDINGS, INC., et al.,

    Plaintiffs,

v.

EDWARD MARKOWITZ,

    Defendant.

_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

Miller, J.

In light of the Notice of Bankruptcy of defendant filed September 2, 2005, this case shall be administratively closed pending the resolution of defendant's Chapter 7 proceedings.

If no action is taken to reopen this case on or before September 4, 2006, the case will be dismissed without prejudice without further notice to any party.

DATED at Denver, Colorado, on September 2, 2005.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge

PDF FINAL