IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01612-WDM-PAC

UMG RECORDINGS, INC., et al.,

    Plaintiffs,

v.

EDWARD MARKOWITZ,

    Defendant.

_____

## ORDER REINSTATING CASE
_____

Miller, J.

This matter is before me on the Notice of Correction Re Bankruptcy and Unopposed Motion to Reopen Case filed September 7, 2005. Because the Order of Administrative Closure was based upon incorrect information, it is now ordered that the administrative closure is rescinded and this case is reinstated.

DATED at Denver, Colorado, on September 7, 2005.

BY THE COURT:

/s/ Walker D. Miller
United States District Judge

PDF FINAL